# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA C. GOMEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>LOS ANGELES DEP'T OF JUSTICE,<br>FEDERAL BUREAU OF INVESTIGATION,<br>SACRAMENTO<br><br>  Defendants.<br>_____/ | Case No.  1:16-cv-00208-LJO-SKO<br><br>**FINDINGS AND RECOMMENDATION THAT PLAINTIFF'S COMPLAINT BE DISMISSED FOR FAILURE TO STATE A COGNIZABLE FEDERAL CLAIM** |

On February 16, 2016, Plaintiff, proceeding pro se and in forma pauperis, filed a complaint against the Los Angeles Department of Justice and the Federal Bureau of Investigation, Sacramento.  (Doc. 1).  On March 15, 2016, the Court dismissed Plaintiff's complaint with thirty days' leave to amend for failure to state a cognizable federal claim.  (Doc. 3.)

Plaintiff's amended complaint was due on or before April 20, 2016, and Plaintiff has not complied with the order or otherwise communicated with the Court regarding her intention to prosecute this action.  (*See, generally* Docket.)  As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

1      Accordingly, pursuant to 28 U.S.C. § 1915(e), IT IS RECOMMENDED THAT this action be DISMISSED, with prejudice, based on Plaintiff's failure to state a claim upon which relief may be granted.

     These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C § 636(b)(1).  Within **thirty (30) days** after being served with these Findings and Recommendations, Plaintiff may file written objections with the Court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may constitute waiver of the right to appeal the District Court's order.  *Wilkerson v. Wheeler*, 772 F.3d 834, 839 ((9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).  In lieu of filing objections, Plaintiff may file her amended complaint within thirty (30) days, and the undersigned will withdraw these findings and recommendations.

IT IS SO ORDERED.

Dated:   **May 10, 2016**                  /s/ *Sheila K. Oberto*
                                                UNITED STATES MAGISTRATE JUDGE